AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED OCT 29 PM 3:52 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**

36 C.F.R. § 1004.23(a)(1)(B Misd.)
36 C.F.R. § 1004.23(a)(2)(B Misd.)

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

PENALTY:

Maximum Prison term of 6 months; Maximum fine of $5,000, Special assessment fee of $10

DEFENDANT - U.S.

▶ MARINA SCANNELL

MAG

DISTRICT COURT NUMBER

CR 07 0688

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

U.S. Park Police, Department of the Interior

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

Name and Office of Person Furnishing Information on THIS FORM: SCOTT N. SCHOOLS

☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): WENDY THOMAS

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ 9/23/2007

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

E-filing

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

} ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☐ WARRANT Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

**Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time:

Before Judge:

Comments:



SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED
07 OCT 29 PM 3:52
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MAG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

MARINA SCANNELL,

Defendant.

CR No. 07 0688

VIOLATIONS: 36 C.F.R. §1004.23(a)(1) - Operating a Motor Vehicle Under the Influence of Alcohol (Class B Misdemeanor); 36 C.F.R. §1004.23(a)(2) - Operating a Motor Vehicle With a Blood Alcohol Content Over 0.08% (Class B Misdemeanor)

SAN FRANCISCO VENUE

# INFORMATION

The United States Attorney charges:

COUNT ONE: 36 C.F.R. § 1004.23(a)(1) - Operating a Motor Vehicle Under the Influence of Alcohol

On or about September 23, 2007, in the Northern District of California, within the boundaries of an area administered by the Presidio Trust and land under the exclusive jurisdiction of the United States, the defendant,

MARINA SCANNELL,

was operating or in actual physical control of a motor vehicle while under the influence of alcohol, drugs, or any combination thereof, to a degree that rendered her incapable of safe

operation, in violation, of Title 36, Code of Federal Regulations, Section 1004.23(a)(1), a Class B Misdemeanor.

COUNT TWO: 36 C.F.R. § 1004.23(a)(2) - Operating a Motor Vehicle With a Blood Alcohol Content over 0.08%

On or about September 23, 2007, in the Northern District of California, within the boundaries of an area administered by the Presidio Trust and land under the exclusive jurisdiction of the United States, the defendant,

MARINA SCANNELL,

was operating or in actual physical control of a motor vehicle while having at least 0.08 percent, by weight, of alcohol in her breath, in violation of Title 36, Code of Federal Regulations, Section 1004.23(a)(2), a Class B Misdemeanor.

DATED: 10/29/07

SCOTT N. SCHOOLS
United States Attorney

GREGG W. LOWDER
Chief, Major Crimes Section

(Approved as to form: )
WENDY THOMAS
Special Assistant United States Attorney