| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 8 min | | |
|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK Lashanda Scott | | | REPORTER/FTR 11:19-11:27 | |
| MAGISTRATE JUDGE Bernard Zimmerman | | DATE November 28, 2007 | | NEW CASE ☐ | CASE NUMBER CR07-0688 MAG | |

| APPEARANCES |||||||
|---|---|---|---|---|---|---|
| DEFENDANT Marina Scannell | AGE | CUST N | P/NP P | ATTORNEY FOR DEFENDANT Tim Palm | PD. ☐  RET. ☐ APPT. ☐ | |
| U.S. ATTORNEY Wendy Thomas | | INTERPRETER | | FIN. AFFT ☐ SUBMITTED | COUNSEL APPT'D ☐ | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Brad Wilson | | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT ☐ OF CJA FEES | |

| PROCEEDINGS SCHEDULED TO OCCUR ||||||
|---|---|---|---|---|---|
| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☒ STATUS | |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER | |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING | |

FILED
NOV 28 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| INITIAL APPEARANCE ||||
|---|---|---|---|
| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |

| ARRAIGNMENT ||||
|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

| RELEASE ||||
|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED ☐ CASH $ | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED   ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF ||||

| PLEA ||||
|---|---|---|---|
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

| CONTINUANCE ||||||
|---|---|---|---|---|---|
| TO: 1/30/2008 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET | |
| AT: 1:30 p.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ CHANGE OF PLEA | ☐ OTHER | |
| BEFORE HON. BZ | ☐ DETENTION HEARING | | ☒ MOTIONS | ☐ JUDGMENT & SENTENCING | |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING | |

**ADDITIONAL PROCEEDINGS**

Counsel will stipulate to a briefing schedule for a possible Motion to Suppress. Court gives leave of court for the defendant to travel/live in Madrid from January, 2008 to April, 2008. Counsel will prepare a declaration from the defendant waiving her appearance at the motion hearing. Court will grant the waiver of appearance. cc: BZ, Pretrial

DOCUMENT NUMBER: