SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, California  94102
   Telephone: (415) 436-6809
   Facsimile: (415) 436-7234
   E-Mail: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR 07-0688 MAG |
|    Plaintiff, ) | |
| ) | **PROPOSED] ORDER AND STIPULATION SETTING MOTION SCHEDULE AND EXCUSING DEFENDANT'S APPEARANCE PURSUANT TO F.R.C.P. 43(b)(2)** |
|    v. ) | |
| MARINA SCANNELL, ) | |
|    Defendant. ) | |

     The parties appeared before the Honorable Bernard Zimmerman on November 28, 2007. Following the status conference on November 28, 2007, the parties stipulate as follows:

     1. Defense counsel shall file its Motion to Suppress by December 19, 2007;

     2. Government counsel shall file its Response to Defendant's Motion to Suppress by January 2, 2008;

     3. Defense counsel shall file its Reply to the Government's Response Motion by January 9, 2008;

     4. An evidentiary hearing on the above reference matter shall be held on January 30,

**[PROPOSED[ ORDER AND STIPULATION
EXCLUDING TIME CR 07-0688 MAG**

2008, before the Honorable Judge Bernard Zimmerman.

The parties further agree and stipulate that pursuant to Federal Rule of Criminal Procedure 43(b)(2), the defendant's presence in Court for all appearances between January 1, 2008, and March 31, 2008, shall be excused.

IT IS SO STIPULATED.

DATED: 11/29/07                                /s/
                                               TIM PALM
                                               Counsel for Marina Scannell

DATED: 11/28/07                                /s/
                                               WENDY THOMAS
                                               Special Assistant United States Attorney

IT IS SO ORDERED.

DATED:_____           _____
                                 THE HON. BERNARD ZIMMERMAN
                                 United States Magistrate Judge

**[PROPOSED[ ORDER AND STIPULATION
EXCLUDING TIME CR 07-0688 MAG**   2