SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-6809
    Facsimile: (415) 436-7234
    wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>)<br>MARINA SCANNELL, )<br>)<br>    Defendant. )<br>_____ ) | CR. No. 07-0688 MAG<br><br>DECLARATION OF OFFICER APRIL RAMOS<br><br>Hearing Date: January 30, 2008<br>Time:         1:30 p.m.<br>Judge:        Hon. Bernard Zimmerman |

I, April Ramos, declare as follows

1.     I am the arresting officer in the above- captioned case;

2.     On September 23, 2007, at approximately 23:51 hours, I was on vehicle patrol in the vicinity of Lincoln Boulevard and Graham Street in the Presidio;

3.     I observed a white Volvo bearing California license plate # 5WDR925 make an abrupt right hand turn into a parking lot between Buildings 36 and 37 off of Graham Street without displaying a turn signal;

4.     At the time I observed the turn, I was facing the white Volvo and the Volvo turned abruptly into the parking lot right after it came close enough to my vehicle to see that I was in a patrol vehicle;

RAMOS DECLARATION
No. CR-07-0688

5. The parking lot the defendant turned into was a dead end parking lot and none of the businesses that use the parking lot were open at the time the defendant pulled into it;

6. The fact that the defendant turned abruptly after coming into view of my vehicle made me think that the defendant might be trying to avoid law enforcement;

7. I observed the white Volvo make an abrupt U-Turn in the parking lot and exit the parking lot and then observed the Volvo turn right onto Lincoln Boulevard;

8. I conducted a traffic stop of the vehicle on Lincoln Boulevard and Funston Avenue;

9. As I approached the vehicle, I detected the odor of alcohol;

10. I contacted the driver and identified her through her driver's license as Marina Scannell;

11. As I spoke to the defendant, I noticed an odor of alcohol emanating from the defendant, and noted the defendant to have red and watery eyes and slurred speech;

12. The defendant admitted she had been drinking and also admitted that she had turned abruptly into the parking lot because she had seen my patrol car;

13. I subsequently conducted several field sobriety tests on Scannell which she failed;

14. I conducted a preliminary alcohol screening test and the defendant blew a .132 % and .136%;

15. I arrested Scannell for Operating a Motor Vehicle While Under the Influence of Drugs or Alcohol;

16. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed January 2, 2008, at San Francisco, California.

DATED: 01/2/08                    Respectfully submitted,

                                  _____/s/_____
                                  APRIL RAMOS

RAMOS DECLARATION
No. CR-07-0688