# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: **CR07-0688 BZ**
Case Name: **USA v. Marina Scannell**

**MOTION TO SUPPRESS, EXHIBIT and WITNESS LIST**

| **MAGISTRATE JUDGE** BERNARD ZIMMERMAN | **PLAINTIFF ATTORNEY:** Wendy M. Thomas & Donald Magilligan l/c | **DEFENSE ATTORNEY**: Tim Palm |
|---|---|---|
| **TRIAL DATE:** 1/30/2008 | **REPORTER(S):** Digital Recording: 1:52-2:33, 3:01-3:31 | **CLERK**: LASHANDA SCOTT |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 1:52 p.m. | | | Case called | |
| | | | | | Discussion re stipulated exhibits marked and admitted. Stipulation as to the identity of the defendant. | |
| | | 1:56 p.m. | | | Plaintiff's Witness sworn: Officer April Ramos | |
| | | 1:58 p.m. | | | Plaintiff's Exhibits 1 (a), 1(b), 1(c), 1(d) and 1(e) marked and admitted | |
| | | 2:10 p.m. | | | Plaintiff finished | |
| | | 2:10 p.m. | | | Defendant cross examination of witness Ramos | |
| | | 2:33 p.m. | | | Court Recess | |
| | | 3:01 p.m. | | | Defendant continues cross examination of witness Ramos | |
| | | | | | Discussion re DMV/DS367 form and Investigation Report | |
| | | 3:09 p.m. | | | Defendant finished | |
| | | 3:10 p.m. | | | Plaintiff re-direct of witness Ramos | |
| | | 3:14 p.m. | | | Plaintiff finished | |
| | | 3:14 p.m. | | | Defendant re-cross of witness Ramos | |
| | | 3:16 p.m. | | | Defendant finished | |
| | | 3:16 p.m. | | | Court questions witness Ramos | |
| | | 3:17 p.m. | | | Witness Ramos excused | |
| | | 3:31 p.m. | | | Court adjourned - Matter taken under submission | |