1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WENDY THOMAS (NYBN 4315420)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California 94102
       Telephone: (415) 436-6809
7      Fax: (415) 436-7234
       Email: wendy.thomas@usdoj.gov
8
9  Attorneys for Plaintiff

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

                        SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,        )   No. CR 07-0688 MAG
                                 )
        Plaintiff,                )
                                 )   **MOTION AND [PROPOSED] ORDER**
        v.                       )   **TO DISMISS INFORMATION**
                                 )
MARINA SCANNELL,                 )
                                 )
        Defendant.               )
_____)

   With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

//
//
//
//
//
//
//
//

DISMISSAL OF INFORMATION
CR 07-0688 MAG

1 | United States Attorney for the Northern District of California moves to dismiss the above
2 | Information with prejudice.

                                    Respectfully submitted,

                                    JOSEPH P. RUSSONIELLO
                                    United States Attorney

DATED: __3/10/08_____                _____/s/_____
                                    WENDY THOMAS
                                    Special Assistant United States Attorney

      The Court hereby grants leave to dismiss the above Information with prejudice.

DATED: _____                _____
                                    BERNARD ZIMMERMAN
                                    United States Magistrate Judge