1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WENDY THOMAS (NYBN 4315420)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California 94102
       Telephone: (415) 436-6809
7      Fax: (415) 436-7234
       Email: wendy.thomas@usdoj.gov
8
9  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-0688 MAG |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION AND [PROPOSED] ORDER** |
| v. | ) | **TO DISMISS INFORMATION** |
| | ) | |
| MARINA SCANNELL, | ) | |
| | ) | |
| Defendant. | ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

//
//
//
//
//
//
//
//

DISMISSAL OF INFORMATION
CR 07-0688 MAG

United States Attorney for the Northern District of California moves to dismiss the above Information with prejudice.

                                            Respectfully submitted,

                                            JOSEPH P. RUSSONIELLO
                                            United States Attorney

DATED:  3/10/08                              /s/
                                            WENDY THOMAS
                                            Special Assistant United States Attorney

    The Court hereby grants leave to dismiss the above Information with prejudice.

DATED:  March 11, 2008                     *(signature)*
                                            BERNARD ZIMMERMAN
                                            United States Magistrate Judge

DISMISSAL OF INFORMATION
CR 07-0688 MAG