1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
2

    BRIAN J. STRETCH (CABN 163973)
3   Chief, Criminal Division

4   WENDY THOMAS (NYBN 4315420)
    Special Assistant United States Attorney
5
      450 Golden Gate Avenue, 11th Floor
6     San Francisco, California 94102
      Telephone: (415) 436-6809
7     Fax: (415) 436-7234
      Email: wendy.thomas@usdoj.gov
8

9   Attorneys for Plaintiff

10

               UNITED STATES DISTRICT COURT
11
            NORTHERN DISTRICT OF CALIFORNIA
12
               SAN FRANCISCO DIVISION
13

| | | |
|---|---|---|
| 14 UNITED STATES OF AMERICA, | ) | No. CR 07-0688 MAG |
| | ) | |
| 15       Plaintiff, | ) | **MOTION AND [PROPOSED] ORDER** |
| | ) | **TO DISMISS INFORMATION** |
| 16   v. | ) | |
| | ) | |
| 17 MARINA SCANNELL, | ) | |
| | ) | |
| 18       Defendant. | ) | |

19

      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

20 //

21 //

22 //

23 //

24 //

25 //

26 //

27 //

28 //

DISMISSAL OF INFORMATION
CR 07-0688 MAG

1  United States Attorney for the Northern District of California moves to dismiss the above

2  Information with prejudice.

3

4                                                  Respectfully submitted,

5                                                  JOSEPH P. RUSSONIELLO
                                                   United States Attorney
6

7
   DATED: __3/10/08_____          _____/s/_____
8                                                  WENDY THOMAS
                                                   Special Assistant United States Attorney
9

10
        The Court hereby grants leave to dismiss the above Information with prejudice.
11

12

13 DATED:  March 11, 2008          _____
                                                   BERNARD ZIMMERMAN
14                                                 United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DISMISSAL OF INFORMATION
CR 07-0688 MAG